The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>                Petitioner,<br><br>    v.<br><br>LANCE VICENTE,<br><br>                Respondent. | No. 25-cv-01976-JNW<br><br>**STIPULATED MOTION AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:<br>NOVEMBER 13, 2025** |

STIPULATED MOTION AND ORDER
No. 25-cv-01976-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

Petitioner Valve Corporation ("Valve") and Respondent Lance Vicente ("Respondent," together with Valve, the "Parties") hereby stipulate as follows:

**WHEREAS**, on October 11, 2025, Valve filed a Petition To Vacate Arbitration Award (the "Petition," Dkt. 1);

**WHEREAS**, the Petition is 4,197 words;

**WHEREAS**, on November 5, 2025, Respondent filed an opposition to the Petition (Dkt. 7);

**WHEREAS**, Respondent's opposition to the Petition is 8,096 words;

**WHEREAS**, pursuant to a Stipulated Notice to Extend Deadlines, Valve's reply in further support of the Petition is due November 19, 2025 (Dkt. 6);

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties, subject to approval of the Court, that:

(i) Valve's reply in further support of the Petition may be up to 4,000 words; and

(ii) This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties.

DATED: November 13, 2025

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Pro Hac Vice Forthcoming*
Meredith C. Slawe, *Pro Hac Vice Forthcoming*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

STIPULATED MOTION AND ORDER
No. 25-cv-01976-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2

By: *s/ William R. Burnside (via email authorization)*
William R. Burnside, WSBA No. 36002
BAILEY DUQUETTE P.C.
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

*Attorneys for Respondent*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 21st day of November 2025

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
No. 25-cv-01976-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3